IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAY T. SLACK,

    Plaintiff,

v.                                          Case No. 11-cv-870-JPG

SHERIFF ROBERT HERTZ, CAPT.
DONALD BUNT and CAPT. GARY BOST,

    Defendants.

## JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Ray T. Slack's claims in Count 2 (Religious Land Use and Institutionalized Persons Act for failing to provide Kosher meals) against defendants Capt. Donald Bunt and Capt. Gary Bost in their individual capacities are dismissed with prejudice; and

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Ray T. Slack's remaining claims in Count 1 (First Amendment for failing to provide Kosher meals), Count 2 (Religious Land Use and Institutionalized Persons Act for failing to provide Kosher meals) and Count 3 ( Illinois Religious Freedom Restoration Act for failing to provide Kosher meals) are dismissed without prejudice.

**DATED: March 4, 2013**                NANCY J. ROSENSTENGEL, Clerk of Court

                                                    **s/Brenda Lowe, Deputy Clerk**


**Approved:**    s/J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**